# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

**IN THE MATTER OF THE EXTRADITION OF DIEUSEUL JEAN**

Mag. No. 13-3588 (MF)

**ORDER**

**THIS MATTER** having come before the Court by way of the Government's application for the extradition of Dieuseul Jean; and the Court having considered the papers in support of and in opposition to the motion; and for the reasons stated on the record on the extradition proceeding on August 21, 2013, as well as the reasons stated in the Opinion issued on this date;

**IT IS** on this 22nd day of August 2013,

**ORDERED** that, the Government's motion is **GRANTED**.

s/Mark Falk_____
**MARK FALK**
**United States Magistrate Judge**